App. Div.] Second Department, January, 1913.

Thomas A. McGee, Respondent, v. George W. Felter, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Annie O'Neill, Respondent, v. George E. Ruppert, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., dissented.

The People of the State of New York, Respondent, v. Peter Fortuna and Others, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. George H. McVey, Appellant, v. Edward T. O'Loughlin, Register of Kings County, Respondent.— Final order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John A. Sylvester, Respondent, v. Henry J. Mullen and Thomas Adams, Appellants.— Order unanimously affirmed, with costs. As to the refusal of the learned trial justice to impose costs as a condition of granting a new trial, see Post v. Kerwin (150 App. Div. 321). Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

John A. Walsh, Respondent, v. Frank Sheehy, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict of the jury as to alienation of the affections of plaintiff's wife by defendant was not sufficiently justified by the evidence. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Maud S. White and Others, Respondents, v. The City of New York, Appellant, and Bryant Seaman, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Aaron Lubash, Respondent, v. Charles A. Sigmond, Appellant.— Order modified by fixing the costs payable as a condition for the service of the amended pleadings at the sum of thirty dollars, and as so modified affirmed, without costs. No opinion. Burr, Thomas, Carr and Woodward, JJ., concurred; Jenks, P. J., not voting.

Aaron Lubash, Respondent, v. Charles A. Sigmond Realty Company, Appellant.— Order modified by fixing the costs payable as a condition for the service of the amended pleadings at the sum of thirty dollars, and as so modified affirmed, without costs. No opinion. Burr, Thomas, Carr and Woodward, JJ., concurred; Jenks, P. J., not voting.

William H. Miller, Appellant, v. Elizabeth Winfield, Defendant, Impleaded with Caroline Breitenbecker, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary S. Sidway, Respondent, v. Harold S. Sidway, Appellant.— Reargument ordered, and case set down for Monday, March 10, 1913. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John H. Smith, Respondent, v. Benjamin E. Valentine, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.